UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DICAMBA HERBICIDES LITIGATION | ) ) ) | MDL No. 2820 |
| *This document relates to:* | ) ) | |
| Warren | ) | Case No. 1:18cv27 SNLJ |

# MEMORANDUM and ORDER

This matter is before the Court on defendants BASF and Monsanto's combined motion to dismiss the complaint of plaintiffs Brian Warren and Warren Farms with prejudice for failure to produce a Crop Damage Plaintiff Fact Sheet ("PFS"), which was due in October 2018. Plaintiffs' attorneys were granted leave to withdraw as plaintiffs' counsel of record. The defendants' motion indicates that the Plaintiffs' Executive Committee represented that although substantial effort was made obtain PFS from plaintiffs Warren and Warren Farms, the Committee did not believe plaintiffs Warren and Warren Farms would comply. Plaintiffs Warren and Warren Farms did not respond to the motion to dismiss. For the reasons stated in defendants' memorandum in support, the motion to dismiss will be granted.

Accordingly,

IT IS HEREBY ORDERED that defendants' motion to dismiss (#73) is granted.

Dated this 15th day of January, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE